UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LEE WILLIAMS,

    Plaintiff,

  v.

OAKLAND POLICE DEPARTMENT,

    Defendant.

Case No. 15-cv-00976-MEJ

**ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT**

On March 23, 2015, the Court granted Plaintiff Kevin Lee Williams' application to proceed in forma pauperis and dismissed his complaint with leave to amend by April 27, 2015. Dkt. No. 6. Plaintiff has now requested additional time to file an amended complaint. Dkt. No. 7. Good cause appearing, the Court **GRANTS** Plaintiff's request. Plaintiff shall file any amended complaint by May 22, 2015. Plaintiff is advised that no further extensions are likely, and the Clerk of Court is directed to close the file in this case if an amended complaint is not filed by May 22, 2015.

The Court reminds Plaintiff that he may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982, or by signing up for an appointment on the15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California. At the Legal Help Center, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available at http://cand.uscourts.gov/helpcentersf. The Court also recommends that Plaintiff obtain a copy of the Court's *Handbook for Litigants Without a Lawyer*, which is available free of charge in the Clerk's Office, or online at http://cand.uscourts.gov/prosehandbk. This handbook provides an explanation of the required components of a complaint.

**IT IS SO ORDERED.**

Dated: April 20, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LEE WILLIAMS,

    Plaintiff,

    v.

OAKLAND POLICE DEPARTMENT,

    Defendant.

Case No.  15-cv-00976-MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/20/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin Lee Williams
1001 Polk Street
San Francisco, CA 94109

Dated: 4/20/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES