UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LEE WILLIAMS,

    Plaintiff,

  v.

OAKLAND POLICE DEPARTMENT,

    Defendant.

Case No. 15-cv-00976-MEJ

**ORDER GRANTING SECOND EXTENSION TO FILE AMENDED COMPLAINT**

**ORDER VACATING 6/4/15 CASE MANAGEMENT CONFERENCE**

On March 23, 2015, the Court granted Plaintiff Kevin Lee Williams' application to proceed in forma pauperis and dismissed his complaint with leave to amend by April 27, 2015. Dkt. No. 6. Plaintiff subsequently requested additional time, and the Court continued the deadline to May 22, 2015. Dkt. Nos. 7, 8. Plaintiff has now filed a second request to continue, stating that he is currently homeless and has filed only one lawsuit before. Dkt. No. 9. Good cause appearing, the Court **GRANTS** Plaintiff's request. Plaintiff shall file any amended complaint by June 19, 2015. Plaintiff is advised that no extension of this deadline shall be granted absent a request which is supported by a well-documented showing of truly extenuating circumstances.

The Court reminds Plaintiff that he may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982, or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California. At the Legal Help Center, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available at http://cand.uscourts.gov/helpcentersf. The Court also recommends that Plaintiff obtain a copy of the Court's *Handbook for Litigants Without a Lawyer*, which is available free of charge in the Clerk's Office, or online at http://cand.uscourts.gov/prosehandbk. This

1  handbook provides an explanation of the required components of a complaint.

2  **IT IS SO ORDERED.**

3

4  Dated: May 5, 2015

5  _____

   MARIA-ELENA JAMES
6  United States Magistrate Judge