UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LEE WILLIAMS,

    Plaintiff,

    v.

OAKLAND POLICE DEPARTMENT,

    Defendant.

Case No. 15-cv-00976-MEJ

**ORDER TO SHOW CAUSE**

On March 23, 2015, the Court granted Plaintiff Kevin Lee Williams' application to proceed in forma pauperis and dismissed his complaint with leave to amend by April 27, 2015. Dkt. No. 6. Plaintiff subsequently filed two request for additional time, which the Court granted, with an initial extension to May 22, and a second extension to June 19, 2015. Dkt. Nos. 8, 10. Plaintiff shall file any amended complaint by June 19, 2015. Plaintiff has now had over five months to file an amended complaint, yet he has failed to do so. Accordingly, the Court hereby ORDERS Plaintiff Kevin Lee Williams to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by September 9, 2015. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on September 24, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided to Plaintiff that the Court shall dismiss this case without a hearing if no responsive declaration is filed.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

    **IT IS SO ORDERED.**

Dated: August 26, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OAKLAND POLICE DEPARTMENT,<br><br>　　　　Defendant. | Case No.　15-cv-00976-MEJ<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on August 26, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin Lee Williams
1001 Polk Street
San Francisco, CA 94109


Dated: August 26, 2015

　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Chris Nathan, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　Honorable MARIA-ELENA JAMES